# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2020

161101

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DAVID MICHAEL MORENCE,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161101
COA: 344527
Shiawassee CC: 2018-002420-FH

     On order of the Court, the application for leave to appeal the February 27, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2020



Clerk

a0923